**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00595-CV

**BILLY SCHOPPE AND CANDACE SCHOPPE, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2005-7 AND WELLS FARGO BANK, N.A., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-10731**

## ORDER

Before the Court is appellants Billy Schoppe and Candace Schoppe's July 6, 2015 post bankruptcy motion for reinstatement of their appeal, advising the Court that their bankruptcy case was dismissed and attaching a copy of the bankruptcy court's May 18, 2015 order dismissing the case. This Court heard oral argument of this appeal on October 8, 2013. During rebuttal at the oral argument, counsel for the Schoppes represented to and advised this Court, for the first time, that Billy Schoppe had filed for Chapter 13 bankruptcy after the final judgment in this case was signed. On November 5, 2013, this Court removed this case from submission and abated the cause. On January 28, 2014, this Court denied the Schoppes' November 21, 2013 motion for reinstatement and December 19, 2013 supplement to their motion for reinstatement.

The Court **REINSTATES** this appeal.

The oral argument and submission of this appeal, which occurred during the automatic stay, are void. *See York v. State*, 373 S.W.3d 32 (Tex. 2012). This case will be reset for submission in due course.

/s/    DOUGLAS S. LANG
       JUSTICE